# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-157-FDW-DCK

| | |
|---|---|
| RED APPLE DEVELOPMENT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RUFUS ROAD PARTNERS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Red Apple Development, LLC's Motion To Compel" (Document No. 27) filed November 21, 2019. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion without prejudice.

It appears that Plaintiff failed to comply with the requirements of the "Case Management Order" before filing its motion to compel. See (Document No. 14, pp. 4-5). As such, the undersigned will require counsel for the parties to meet, in person, on or before **December 2, 2019**, in a good faith attempt to resolve any discovery disputes. If the parties are unable to resolve their dispute(s), counsel shall send an email to the undersigned's chambers requesting a telephone conference and providing dates counsel for each side are available.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Red Apple Development, LLC's Motion To Compel" (Document No. 27) is **DENIED WITHOUT PREJUDICE**. Counsel for the parties shall meet in person on or before **December 2, 2019**, and may, if necessary, contact the Court for a telephone conference on or before **December 5, 2019**.

**SO ORDERED**.

Signed: November 21, 2019

David C. Keesler
United States Magistrate Judge