UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00157-FDW-DCK

| RED APPLE DEVELOPMENT, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE |
| RUFUS ROAD PARTNERS, LLC, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on its own motion to notify the parties of their responsibilities regarding pretrial submissions in this case. As noted in the Court's Order denying the outstanding Motions in this matter, (Doc. No. 34), the Court presumes trial will go forward during the trial term beginning May 4, 2020.[1] The Court intends to conduct the final pretrial conference in this matter on the same date as docket call, likely May 4, 2020. Accordingly, joint pretrial submissions should be submitted seven (7) days prior to that date in accordance with the Case Management Order. (Doc. No. 14, at 8).

SO ORDERED.

Signed: March 26, 2020

Frank D. Whitney
Chief United States District Judge

---

[1] Due to the evolving nature of the COVID-19 outbreak, the Court advises the parties that this matter may be continued in order to comply with social distancing procedures in place when trial is scheduled to begin. However, it is premature to determine whether such a continuance is necessary at this time, and the Court will notify the parties of any changes at the appropriate time.