UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00157-FDW-DCK

| | | |
|---|---|---|
| RED APPLE DEVELOPMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RUFUS ROAD PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THIS MATTER is before the Court, *sua sponte*, as to the status of this case. The Court hereby CONTINUES the trial in this matter to the Court's mixed term beginning March 1, 2021. Counsel shall appear at docket call in Courtroom #2-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202, at 9:00 a.m. on March 1, 2021. All responses to the pending motions in limine shall be filed by February 12, 2021.

SO ORDERED.

Signed: January 7, 2021

Frank D. Whitney
United States District Judge