IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00157-GCM-DCK

| | |
|---|---|
| RED APPLE DEVELOPMENT, LLC, <br><br>Plaintiff, <br><br>v. <br><br>RUFUS ROAD PARTNERS, LLC, <br><br>Defendant. | **ORDER** |

THIS MATTER is before the Court on Defendant Rufus Road Partners, LLC's ("Rufus Road") Consent Motion to Post a Cash Bond in Lieu of a Supersedeas Bond (the "Consent Motion"), (Doc. No. 109), filed November 9, 2022. Having reviewed the Consent Motion, supporting Brief, the fact that Plaintiff Red Apple Development, LLC ("Red Apple") consents to such relief, and all other pertinent matters of record, the Court finds and concludes that the Consent Motion should be GRANTED.

IT IS THEREFORE ORDERED that, pursuant to Federal Rule of Civil Procedure 62(b), the stay imposed by this Court's August 4, 2022 Order, (Doc. No. 108), shall remain in effect, and Rufus Road is allowed to deposit $250,000.00 with the Clerk of Court as security pending appeal instead of posting a supersedeas bond as directed in the Court's August 4, 2022 Order.

IT IS SO ORDERED.

Signed: November 17, 2022

Graham C. Mullen
United States District Judge